UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION



FILED
APR 18 2017

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-50062 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Destruction of Government Property |
| CURTIS TEMPLE, | (18 U.S.C. § 1361) |
| Defendant. | |

The Grand Jury charges:

On or about between March 25, 2013, until the date of this indictment, near Red Shirt Table, in the District of South Dakota, the defendant, Curtis Temple, did willfully injure and commit a depredation against property of the United States and of any department thereof, specifically real property maintained by the United States Department of the Interior, Bureau of Indian Affairs, Red Shirt Table Range Units 169 and P-501, by overgrazing and overstocking said land and vegetation, or attempted to do so, resulting in damage in excess of $1,000, all in violation of 18 U.S.C. § 1361.

A TRUE BILL:

**NAME REDACTED**

Foreperson

RANDOLPH J. SEILER
United States Attorney

By: _____