UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

UNITED STATES OF AMERICA,   CR 17-50062-JLV

    Plaintiff,

vs.

                      DECLARATION OF ROGER ROOTS

CURTIS TEMPLE,

    Defendant.

Roger Roots, under penalties of perjury, state and allege as follows:

1. I am making application pro hac vice to practice before this Court on behalf of Curtis Temple.

2. I am currently a member in good standing of the U.S. District Court for the District of Nebraska.

3. I am also a member in good standing of the highest court of the state of Rhode Island, where my principal practice is located, but am not admitted to the Bar of this Court.

4. I have had no prior disciplinary actions filed against me and there are no pending disciplinary actions.

5. I am aware of Local Rule 83.2 regarding the appearance of attorneys pro hac vice and understand that local counsel must sign and file all documents and must continue in the case unless another attorney admitted to practice in this court is substituted.

6. I will review and abide by the Local Rules of Practice for the District of South Dakota, General Orders, Administrative Procedures, and all technical and procedural

requirements.

Dated June 9, 2017.

Roger Roots
113 Lake Drive East
Livingston, MT 59047
406-224-3105
rogerroots@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of June, 2017, I served a true and correct copy of the Declaration of Roger Roots upon the person next designated herein, by electronic filing:

Megan Poppen
Assistant United States Attorney
515 Ninth Street Room 201
Rapid City, SD 57701

/s/ Terry L. Pechota
Terry L. Pechota, Attorney
for Curtis Temple

-2-