UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-50062 |
| Plaintiff, | MOTION TO DISMISS INDICTMENT |
| vs. | |
| CURTIS TEMPLE, | |
| Defendant. | |

Comes now the United States by and through its undersigned attorney and moves this Court for an Order dismissing, without prejudice, the Indictment in the above-entitled case as it pertains to the defendant, Curtis Temple, on the grounds and for the reason that the interests of justice will be best served by dismissing said Indictment.

Dated this 17th day of April, 2018.

RONALD A. PARSONS, JR.
United States Attorney

*/s/ Megan Poppen*

Megan Poppen
Assistant United States Attorney
515 9th Street, Suite 201
Rapid City, SD 57701
Telephone: (605) 342-7822
Facsimile: (605) 342-1108
E-Mail: Megan.Poppen@usdoj.gov